UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: April 16, 2021 |
| WILLIAM H. BAUGHMAN, JR.<br>United States Magistrate Judge | Case No.: 1:19 CV 1849<br>Court Reporter: S. Trischan |

CANDICE A. HOFF

    v.

MSAB PARK CREEK, LLC

APPEARANCES:   For Plaintiff:   Ellen Kramer, Jason Bristol

                         For Defendant:   Robert Pivonka, II

PROCEEDINGS: Mediation conference conducted by Zoom videoconferencing on 4/16/21 at 11:00 a.m. Attorney Jason R. Bristol and Ellen M. Kramer were present for plaintiff Candice A. Hoff, who was also present; and attorney Robert C. Pivonka, II was present for defendant MSAB Park Creek, LLC, together with party representative David Farkas. After extensive discussions, the parties and their counsel reached a settlement of all claims. Counsel read the material terms of their settlement agreement into the record, and each party representative agreed to those terms. Counsel agreed to submit a final notice of dismissal with prejudice to the Court by May 17, 2021 following the completion and execution of all settlement documents. If counsel need more time to complete the settlement documents, they shall request an extension of this deadline by filing a motion with the District Judge. Referral is terminated.

                                                s/ Kyle DeVan
                                                Courtroom Deputy Clerk

Time: 5 hours