# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CANDICE A. HOFF** ) <br> *on behalf of herself and all others similarly* ) <br> *situated* ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MSAB PARK CREEK, LLC** ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 1:19-cv-01849 <br><br> JUDGE SOLOMON OLIVER, JR. |

## ORDER

This case is before the Court for consideration of the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After reviewing the record and the Joint Motion, the Court enters the following Order.

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

Having reviewed the Settlement Agreement and Mutual Release of Claims (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length, with the aid of an experienced Magistrate Judge serving as mediator and is not the result of any collusion.

The total settlement amount agreed to by the Parties is $45,000.00.

The Court also finds that the agreed upon payments of $16,741.98 (37% of the fund) to Cohen Rosenthal & Kramer LLP for attorney's fees and expenses is reasonable using the percentage-of-the-fund method.

The Court finds that the service award payment of $5,000.00 to the Representative Plaintiff Candice Hoff provided for in the Agreement is reasonable and has been tailored to compensate Representative Plaintiff in proportion to her time and effort in prosecuting the claims asserted in this action. The Court therefore approves the requested service award payment.

Finally, the Court finds that the remaining $23,258.02 of the total settlement amount, which will be paid to Representative Plaintiff and the Opt-In Plaintiffs in the amounts described in the Settlement Agreement, are reasonable and fair. These payments include payments to Representative Plaintiff and the Opt-In Plaintiffs on a pro rata basis based upon their length of service during the liability period and equate to approximately 6.3 hours of unpaid minimum wage or overtime at the applicable rate for all qualifying weeks during the liability period. Because all of the payments are fair and reasonable, the Court approves these payments.

Therefore, the requests for relief in the Joint Motion for Approval of FLSA Settlement are hereby **GRANTED**, the settlement of the parties in the Agreement is hereby **APPROVED**, and the terms of the Parties' Agreement are hereby incorporated into this Order as the **STIPULATED JUDGMENT** in this case.

Consistent with the terms of the Agreement, Defendant shall tender to Plaintiffs, through their counsel of record, all payments within the time periods set forth in the Agreement.

**SO ORDERED** this 11th day of  June , 2021.

/s/ Solomon Oliver, Jr.
HON. SOLOMON OLIVER JR.
UNITED STATES DISTRICT COURT JUDGE